# Exhibit 29

Date/Time Printed: 07/27/2016 14:24:16  
Printed By / Reason: #burja1 / County Counselor Hughes  
15-16866

## SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 15 - 16866 - ORIGINAL

### INVESTIGATIVE INFORMATION

| | | | |
|---|---|---|---|
| Offense | TAKING VEHICLE WITHOUT OWNER'S CONSENT | | |
| Juris Reporting | SAINT LOUIS COUNTY | Call Received | RADIO |
| For Jurisdiction | SAINT LOUIS COUNTY | Reporting Officer | 4028 - MCCOY |
| Case Status | UNFOUNDED | Reporting Dept. | NORTH COUNTY PRECINCT |

**CAD Details**

| | | | |
|---|---|---|---|
| Date/Time Received | 03/23/2015 07:02 MONDAY | Nature | STOLEN AUTO |
| Date/Time Dispatch | 03/23/2015 07:05 MONDAY | Date/Time Arrival | 03/23/2015 07:12 MONDAY |
| Unit Num. | 1107 | COGIS | 1280 |
| PCT/Dist | NORTH COUNTY PRECINCT | Sector | 2 |

**Respond Location**

| | | | |
|---|---|---|---|
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |

**Caller Information**

| | | | |
|---|---|---|---|
| Caller Name | MUNDY | | |
| Street Address | @ 38.74406933 @ 90.2532005 | | |
| Apt/Suite/Rm # | | Location Desc | |
| Area Code | | Phone # | |

**Occurrence Details**

| | | | |
|---|---|---|---|
| Date/Time From | 03/23/2015 07:02 MONDAY | Date/Time To | |
| Premise | | | |
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |

**Burglary Details**

| | | | |
|---|---|---|---|
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |
| ☐ Visible Point of Entry? | | | |
| Weapon/Object Used | | | |

**Other Agency**

| | |
|---|---|
| Agency/Personnel | |

**Management**

| | | | |
|---|---|---|---|
| Date/Time Entered | 03/23/2015 15:10 MONDAY | Entered By | 4304 - CLIPPINGER |

**Approval Record(s)**

| | | | |
|---|---|---|---|
| FINAL APPROVAL | 03/25/2015 16:15 WEDNESDAY | Approved By | 4236 - BRIGGS |
| SUPERVISOR REVIEW | 03/25/2015 05:26 WEDNESDAY | Approved By | 2608 - O'NEIL |

Page 1 of 4

DEF-RFP1 00000024

Date/Time Printed: 07/27/2016 14:24:16                                               15-16866
Printed By / Reason: #burja1 / County Counselor Hughes

## VICTIM INFORMATION

| | | | |
|---|---|---|---|
| Victim Role(s) | REPORTING PARTY, OWNER, PERSON DISCOVERING | | |
| | ☐ Medical Assistance | ☐ Domestic Abuse | ☑ Will Prosecute |

**Person Information**

| | | | |
|---|---|---|---|
| Last Name | MUNDY | Middle Name | |
| First Name | GENIESE | Suffix Name | |
| | | Ethnicity | NOT OF HISPANIC ORIGIN |
| License Number | P137280012 | License State | MISSOURI |
| Race | BLACK | Sex | FEMALE |
| | | Marital Status | SINGLE |
| Age | 39 | Resident Status | RESIDENT |
| Person Code | ADULT | Birth Place | |
| Additional Info | | | |

**HOME Address**

| | |
|---|---|
| Street Address | |
| Apt/Suite/Rm # | –   Location Desc |

**HOME Phone**

| | | | |
|---|---|---|---|
| Area Code | 314 | Contact Name | |
| Phone # | 330-9317 | Ext. | |
| Email Address | | | |

**Physical State/Emotions**

Physical State
Emotions
Emotions Comments

## SUSPECT INFORMATION

| | |
|---|---|
| Role | SUSPECT |
| Numeric Identifier(s) | |
| Charge(s) | TAKING A MOTOR VEHICLE WITHOUT OWNER'S CONSENT |
| Caution Code(s) | VIOLENT TENDENCIES |

| | | |
|---|---|---|
| ☐ Medical Assistance | ☐ Miranda Given | ☐ Released |
| ☐ Send A Teletype | ☐ Using Computer Equipment | |
| ☐ Warrant To Be Applied For By Reporting Officer | | |

**Person Information**

| | | | |
|---|---|---|---|
| Last Name | LINER | Middle Name | |
| First Name | HOWARD | Sur Name | |
| Alias | | Ethnicity | NOT OF HISPANIC ORIGIN |
| | | ☐ Employed | |
| License Number | Y208201007 | License State | MISSOURI |
| Race | BLACK | Sex | MALE |
| DOB | | Marital Status | SINGLE |
| Age | 34 | Resident Status | NON-RESIDENT |
| Person Code | ADULT | Birth Place | , |
| School District | | | |
| Additional Info | | | |

**Personal Descriptors**

| | | | |
|---|---|---|---|
| Height | 5 ft 8 in. | Weight | 160.0 lb. |
| Eye Color | BROWN | Hair Color | BLACK |
| How Worn | BALDING | | |
| Physical Desc. | | | |
| Clothing Desc. | | | |
| Scars/Marks/Tattoos | | | |

**HOME Address**

| | |
|---|---|
| Street Address | 5181 CEDAR CHASE DR, SAINT LOUIS, MISSOURI, 63128 |
| Apt/Suite/Rm # | E   Location Desc |

**HOME Phone**

Page 2 of 4

DEF-RFP1 00000025

Date/Time Printed: 07/27/2016 14:24:16                                                           15-16866
Printed By / Reason: #burja1 / County Counselor Hughes

| | | | |
|---|---|---|---|
| Area Code | 618 | Contact Name | |
| Phone # | 593-9769 | Ext. | |
| Email Address | | | |

**Physical State/Emotions**
Physical State
Emotions
Emotions Comments

**Related Victims**
1.   LINER, HOWARD IS THE EX-BOY/GIRL FRIEND OF MUNDY, GENIESE

### INSURANCE INFORMATION

| | | | |
|---|---|---|---|
| Owner Name | GENIESE MUNDY | | |
| Insurance Company | GEICO | Policy # | |

**Agent Information**
| | | | |
|---|---|---|---|
| Agent Name | | | |
| Street Address | | Apt/Suite/Rm # | |
| City | | State | |
| Zip | | | |
| Phone Number | | | |
| Additional Info | | | |

### VEHICLE INFORMATION

| | | | |
|---|---|---|---|
| Owner Name | GENIESE MUNDY | | |
| Vehicle Role(s) | WANTED, TAKEN WITHOUT OWNER'S CONSENT | | |

**Vehicle Description**
| | | | |
|---|---|---|---|
| Model Year | 2007 | Type | PASSENGER |
| Make | DODGE | Model | CHARGER |
| Primary Color | BLACK | Secondary/Interior Color | |
| Style | 4 DOOR SEDAN | | |
| Unique Char | | | |

**License Plate Info**
| | | | |
|---|---|---|---|
| License Plate | V592670 | Plate Type | PASSENGER AUTOMOBILE PLATES, REGULAR |
| License Year | 2015 | # Plates Missing | |
| License State | ILLINOIS | VIN | 2B3KA53H57H614425 |

**Tow Info**
| | | | |
|---|---|---|---|
| Tow Company | | Tow Company Phone # | |
| ☐ Owner Notified | | Notifier DSN | |
| Additional Info | DO NOT TOW WITHOUT CONSENT | | |

### PROCEDURE INFORMATION

| | | | |
|---|---|---|---|
| | ☐ Neighborhood Canvassed | ☒ Send A Teletype | ☐ Was Any Evidence Seized |
| Teletype Message | ENTER WANTED VEH/ENTER WANTED SUS/CANCEL WANTED SUS/CANCEL VEH | | |
| Teletype/Reference # | 506/V24920968 507/W21536598 541/ W21536598 542/V24920968 | Entered By | 4270/2000 |

### NARRATIVE

On the above date and time Denise Mundy reported her vehicle stolen believing her boyfriend had taken it. Teletypes were entered for the vehicle and the wanted person.

It was later determined that the vehicle was actually repossessed by her loan company.

Teletypes were then entered canceling the vehicle and the wanted person,.

This case will now be considered unfounded.

Page 3 of 4

DEF-RFP1 00000026

Date/Time Printed: 07/27/2016 14:24:16
Printed By / Reason: #burja1 / County Counselor Hughes

15-16866

**Nothing further.**

DEF-RFP1 00000027