# Exhibit 30

Date/Time Printed: 07/27/2016 14:29:05
Printed By / Reason: #burja1 / County Counselor Hughes

15-47656

# SAINT LOUIS COUNTY POLICE DEPARTMENT
# INVESTIGATIVE REPORT
# 15 - 47656 - ORIGINAL

## INVESTIGATIVE INFORMATION

| | | | |
|---|---|---|---|
| Offense | STEALING OVER $500 | | |
| Juris Reporting | SAINT LOUIS COUNTY | Call Received | RADIO |
| For Jurisdiction | SAINT LOUIS COUNTY | Reporting Officer | 4283 - SCHLUETER |
| Case Status | ACTIVE | Reporting Dept. | NORTH COUNTY PRECINCT |

### CAD Details

| | | | |
|---|---|---|---|
| Date/Time Received | 08/25/2015 19:33 TUESDAY | Nature | LARCENY |
| Date/Time Dispatch | 08/25/2015 19:34 TUESDAY | Date/Time Arrival | 08/25/2015 19:42 TUESDAY |
| Unit Num. | 3110 | COGIS | 1161 |
| PCT/Dist | NORTH COUNTY PRECINCT | Sector | 3 |

### Respond Location

| | | | |
|---|---|---|---|
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |

### Caller Information

| | | | |
|---|---|---|---|
| Caller Name | JAYLEN | | |
| Street Address | @ 38.7977130 @ 90.2282880 | | |
| Apt/Suite/Rm # | | Location Desc | |
| Area Code | | Phone # | 314-412-9728 |

### Occurrence Details

| | | | |
|---|---|---|---|
| Date/Time From | 08/25/2015 19:00 TUESDAY | Date/Time To | |
| Premise | DRIVEWAY/CARPORT/YARD | | |
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |

### Burglary Details

| | | | |
|---|---|---|---|
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |
| ☐ Visible Point of Entry? | | | |
| Weapon/Object Used | | | |

### Other Agency

| | |
|---|---|
| Agency/Personnel | |

### Investigator(s)

| | | | |
|---|---|---|---|
| DSN | 4211 | Jurisdiction | SAINT LOUIS COUNTY |
| Name | RENNER | Unit Assignment | NORTH COUNTY PRECINCT |

### Management

| | | | |
|---|---|---|---|
| Date/Time Entered | 08/26/2015 03:18 WEDNESDAY | Entered By | 4244 - BOEDICKER |

### Approval Record(s)

| | | | |
|---|---|---|---|
| FINAL APPROVAL | 08/27/2015 04:20 THURSDAY | Approved By | 2818 - DANIELS |
| SUPERVISOR REVIEW | 08/26/2015 03:47 WEDNESDAY | Approved By | 2451 - HAMPTON |

Date/Time Printed: 07/27/2016 14:29:05
Printed By / Reason: #burja1 / County Counselor Hughes

15-47656

## VICTIM INFORMATION

**Victim Role(s):** REPORTING PARTY, OWNER, PERSON DISCOVERING, LAST PERSON IN POSSESSION

☐ Medical Assistance   ☐ Domestic Abuse   ☑ Will Prosecute

### Person Information

| | | | |
|---|---|---|---|
| Last Name | DAVIS | Middle Name | L |
| First Name | JAYLYN | Suffix Name | |
| | | Ethnicity | NOT OF HISPANIC ORIGIN |
| License Number | X137070014 | License State | MISSOURI |
| Race | BLACK | Sex | MALE |
| | | Marital Status | SINGLE |
| Age | 19 | Resident Status | RESIDENT |
| Person Code | ADULT | Birth Place | |
| Additional Info | NO EMAIL | | |
| Employer | LITTLE CAESER'S | Occupation | LABORER |

### HOME Address
Street Address
Apt/Suite/Rm #                                Location Desc

### MOBILE Phone
| | | | |
|---|---|---|---|
| Area Code | 314 | Contact Name | |
| Phone # | 412-9720 | Ext. | |

Email Address

### Physical State/Emotions
Physical State
Emotions
Emotions Comments

## VICTIM BUSINESS INFORMATION

☑ Will Prosecute

| | |
|---|---|
| Business Name | RENT N R'OLL |
| Business Type | BUSINESS |

Additional Info

### BUSINESS Address
Street Address
Apt/Suite/Rm #                                Location Desc

### BUSINESS Phone
| | | | |
|---|---|---|---|
| Area Code | 314 | Contact Name | |
| Phone # | 732-4504 | Ext. | |

## SUSPECT INFORMATION

| | |
|---|---|
| Role | WANTED |
| Numeric Identifier(s) | |
| Charge(s) | STEALING OVER $500 |
| Caution Code(s) | |

☐ Medical Assistance   ☐ Miranda Given   ☐ Released
☑ Send A Teletype   ☐ Using Computer Equipment
☐ Warrant To Be Applied For By Reporting Officer

### Person Information

| | | | |
|---|---|---|---|
| Last Name | LINER | Middle Name | C |
| First Name | HOWARD | Sur Name | |
| Alias | | Ethnicity | NOT OF HISPANIC ORIGIN |
| | | ☐ Employed | |
| License Number | Y208201007 | License State | MISSOURI |
| Race | BLACK | Sex | MALE |
| DOB | | Marital Status | UNKNOWN |
| Age | | Resident Status | RESIDENT |
| Person Code | ADULT | Birth Place | , |
| School District | | | |

Page 2 of 13

DEF-RFP1 00000052

Date/Time Printed: 07/27/2016 14:29:05  
Printed By / Reason: #burja1 / County Counselor Hughes  
15-47656

| | | | |
|---|---|---|---|
| Additional Info | NO EMAIL | | |
| **Personal Descriptors** | | | |
| Height | 5 ft 8 in. | Weight | 176.0 lb. |
| Eye Color | BROWN | Hair Color | BLACK |
| How Worn | | | |
| Physical Desc. | | | |
| Clothing Desc. | | | |
| Scars/Marks/Tattoos | | | |
| **LAST KNOWN Address** | | | |
| Street Address | 5181 CEDAR CHASE DR, SAINT LOUIS, MISSOURI, 63128 | | |
| Apt/Suite/Rm # | APT E | Location Desc | |
| **MOBILE Phone** | | | |
| Area Code | 618 | Contact Name | |
| Phone # | 593-8769 | Ext. | |
| Email Address | | | |
| **Physical State/Emotions** | | | |
| Physical State | | | |
| Emotions | | | |
| Emotions Comments | | | |
| **Related Victims** | | | |
| 1. | LINER, HOWARD, C IS THE ACQUAINTANCE OF DAVIS, JAYLYN L | | |
| **Related Victim Business** | | | |
| 1. | LINER, HOWARD, C IS THE UNKNOWN OF RENT N R'OLL | | |

| PROPERTY INFORMATION | | | |
|---|---|---|---|
| Owner Name | RENT N R'OLL | | |
| Property Role(s) | STOLEN | Property Code | VEHICLE PARTS/ACCESSORIES |
| Item | RIMS | Description | 22 INCH SILVER IN COLOR WITH TIRES |
| Manufacturer | | Model | |
| Serial Number | | Quantity | 4 |
| Property Value | $3,000.00 | Recovered Value | |
| Owner Applied # | | | |
| Additional Info | | | |

| INCIDENT PROPERTY TOTALS | | | |
|---|---|---|---|
| Total Stolen Value | $3,000.00 | Total Recovered Value | $.00 |

| PROCEDURE INFORMATION | | | |
|---|---|---|---|
| | ☑ Neighborhood Canvassed | ☑ Send A Teletype | ☐ Was Any Evidence Seized |
| Teletype Message | ENTER WANTED PERSON | | |
| Teletype/Reference # | TT505/ | Entered By | 4244 |

**NARRATIVE**

For a full description of PO Schlueter's initial investigation, see his narrative in supplement 1.

Date/Time Printed: 07/27/2016 14:29:05
Printed By / Reason: #burja1 / County Counselor Hughes

15-47656

# SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 15 - 47656 - SUPPLEMENT #1

### INVESTIGATIVE INFORMATION

**Supplement Information**

| | | | |
|---|---|---|---|
| Date/Time Investigation | 08/25/2015 19:34 TUESDAY | | |
| Supplement Purpose | | | |
| Orig. Offense | STEALING OVER $500 | | |
| Juris Reporting | SAINT LOUIS COUNTY | Call Received | RADIO |
| For Jurisdiction | SAINT LOUIS COUNTY | Reporting Officer | 4283 - SCHLUETER |
| | | Reporting Dept. | NORTH COUNTY PRECINCT |

**CAD Details**

| | | | |
|---|---|---|---|
| Date/Time Received | 08/25/2015 19:33 TUESDAY | Nature | LARCENY |
| Date/Time Dispatch | | Date/Time Arrival | |
| Unit Num. | | COGIS | 1161 |
| PCT/Dist | NORTH COUNTY PRECINCT | Sector | 3 |

**Respond Location**

| | | | |
|---|---|---|---|
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |

**Caller Information**

| | | | |
|---|---|---|---|
| Caller Name | JAYLEN | | |
| Street Address | @ 38.7977130 @ 90.2282880 | | |
| Apt/Suite/Rm # | | Location Desc | |
| Area Code | | Phone # | 314-412-9728 |

**Occurrence Details**

| | | | |
|---|---|---|---|
| Date/Time From | 08/25/2015 19:00 TUESDAY | Date/Time To | |
| Premise | DRIVEWAY/CARPORT/YARD | | |
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |

**Burglary Details**

| | | | |
|---|---|---|---|
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |
| ☐ Visible Point of Entry? | | | |
| Weapon/Object Used | | | |

**Other Agency**

| | |
|---|---|
| Agency/Personnel | |

**Management**

| | | | |
|---|---|---|---|
| Date/Time Entered | 08/26/2015 03:27 WEDNESDAY | Entered By | 4244 - BOEDICKER |

**Approval Record(s)**

| | | | |
|---|---|---|---|
| FINAL APPROVAL | 08/27/2015 04:20 THURSDAY | Approved By | 2818 - DANIELS |
| SUPERVISOR REVIEW | 08/26/2015 03:50 WEDNESDAY | Approved By | 2451 - HAMPTON |

DEF-RFP1 00000054

Date/Time Printed: 07/27/2016 14:29:05  
Printed By / Reason: #burja1 / County Counselor Hughes

15-47656

## INCIDENT PROPERTY TOTALS

| Total Stolen Value | $3,000.00 | Total Recovered Value | $.00 |

## NARRATIVE

On 08/25/2015 I was dispatched to                              for the report of larceny just occurred.

I arrived to the above residence and contacted the victim identified as Jaylyn Davis (B/M          ). Jaylyn stated he was in front of the above residence attempting to sell some stereo equipment to an individual identified as Howard Liner (                    . Jaylyn stated he went inside the residence to get some more items he was attempting to sell to Howard. Jaylyn stated when he exited the residence he noticed Howard was gone and four wheels were missing from the front yard. Wheels described as:

Four automotive wheels and tires  
Black in color with silver spokes  
Twenty-two inch rim size  
Rented from Rent "N" Roll (Page Avenue location)  
Estimated value at 3,000.00 dollars  
Unknown tire manufacture and size

Jaylyn stated the wheels and tires were rented from Rent "N" Roll.

Jaylyn stated he observed Howard driving away in a silver BMW with Illinois license plate on the vehicle. Jaylyn stated that a neighbor located at                              had observed a black male putting the wheels in the back of a silver BMW.

I attempted to contact a possible witness at                but was unable to contact anyone at that address. Future attempts will be made to contact a witness at this location. An area canvass was conducted with negative results.

Howard Liner was entered as wanted under teletype 505, sent by DSN 4244, for questioning about this incident.

I will assume case responsibility.

Nothing further.

Page 5 of 13

DEF-RFP1 00000055

# SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
### 15 - 47656 - SUPPLEMENT #2

**INVESTIGATIVE INFORMATION**

### Supplement Information
| | |
|---|---|
| Date/Time Investigation | 10/05/2015 18:30 MONDAY |
| Supplement Purpose | CLEARED BY ARREST |
| Orig. Offense | STEALING OVER $500 |
| Juris Reporting | SAINT LOUIS COUNTY |
| For Jurisdiction | SAINT LOUIS COUNTY |
| Call Received | RADIO |
| Reporting Officer | 2776 - GOELZ |
| Reporting Dept. | CONVEYANCE |

### CAD Details
| | |
|---|---|
| Date/Time Received | 08/25/2015 19:33 TUESDAY |
| Date/Time Dispatch | |
| Unit Num. | |
| PCT/Dist | NORTH COUNTY PRECINCT |
| Nature | LARCENY |
| Date/Time Arrival | |
| COGIS | 1161 |
| Sector | 3 |

### Respond Location
| | |
|---|---|
| Street Address | |
| Apt/Suite/Rm # | |
| Location Desc | |

### Caller Information
| | |
|---|---|
| Caller Name | JAYLEN |
| Street Address | @ 38.7977130 @ 90.2282880 |
| Apt/Suite/Rm # | |
| Area Code | |
| Location Desc | |
| Phone # | 314-412-9728 |

### Occurrence Details
| | |
|---|---|
| Date/Time From | 08/25/2015 19:00 TUESDAY |
| Premise | DRIVEWAY/CARPORT/YARD |
| Street Address | |
| Apt/Suite/Rm # | |
| Date/Time To | |
| Location Desc | |

### Burglary Details
| | |
|---|---|
| Entry Point | |
| Entry Method | |
| ☐ Visible Point of Entry? | |
| Exit Point | |
| Tools Used | |
| Weapon/Object Used | |

### Other Agency
| | |
|---|---|
| Agency/Personnel | |

### Management
| | |
|---|---|
| Date/Time Entered | 10/05/2015 19:05 MONDAY |
| Entered By | 4374 - ROWLEY |

### Approval Record(s)
| | |
|---|---|
| FINAL APPROVAL | 10/07/2015 07:44 WEDNESDAY |
| Approved By | 3573 - MANNING |

Date/Time Printed: 07/27/2016 14:29:05                                                                                  15-47656
Printed By / Reason: #burja1 / County Counselor Hughes

| SUSPECT INFORMATION | |
|---|---|
| Role | ARRESTED-BOOKED AT JUSTICE SERVICES |
| Numeric Identifier(s) | OCN - D7078000 |
| Charge(s) | STEALING OVER $500 |
| Caution Code(s) | |

☐ Medical Assistance ☐ Miranda Given ☐ Released
☒ Send A Teletype ☐ Using Computer Equipment
☐ Warrant To Be Applied For By Reporting Officer

### Person Information

| | | | |
|---|---|---|---|
| Last Name | LINER | Middle Name | C |
| First Name | HOWARD | Sur Name | |
| Alias | | Ethnicity | NOT OF HISPANIC ORIGIN |
| | | ☐ Employed | |
| License Number | Y208201007 | License State | MISSOURI |
| Race | BLACK | Sex | MALE |
| DOB | | Marital Status | UNKNOWN |
| Age | 35 | Resident Status | RESIDENT |
| Person Code | ADULT | Birth Place | , |
| School District | | | |
| Additional Info | NO EMAIL | | |

### Personal Descriptors

| | | | |
|---|---|---|---|
| Height | 5 ft 8 in. | Weight | 176.0 lb. |
| Eye Color | BROWN | Hair Color | BLACK |
| How Worn | | | |
| Physical Desc. | | | |
| Clothing Desc. | | | |
| Scars/Marks/Tattoos | | | |

### LAST KNOWN Address

| | |
|---|---|
| Street Address | 5181 CEDAR CHASE DR, SAINT LOUIS, MISSOURI, 63128 |
| Apt/Suite/Rm # | APT E   Location Desc |

### MOBILE Phone

| | | | |
|---|---|---|---|
| Area Code | 618 | Contact Name | |
| Phone # | 593-8769 | Ext. | |
| Email Address | | | |

### Physical State/Emotions

Physical State
Emotions
Emotions Comments

### Related Victims
1.    LINER, HOWARD, C IS THE ACQUAINTANCE OF DAVIS, JAYLYN L

### Related Victim Business
1.    LINER, HOWARD, C IS THE UNKNOWN OF RENT N R'OLL

| INCIDENT PROPERTY TOTALS | | | |
|---|---|---|---|
| Total Stolen Value | $3,000.00 | Total Recovered Value | $.00 |

| PROCEDURE INFORMATION | | |
|---|---|---|
| ☐ Neighborhood Canvassed | ☒ Send A Teletype | ☐ Was Any Evidence Seized |
| Teletype Message | CANCEL WANTED PERSON | |
| Teletype/Reference # | TT542/W25345029 | Entered By    4374 |

### NARRATIVE

On today's date, PO Goelz, DSN 2776, of the Conveyance Unit, advised
Suspect Liner was arrested and booked at St. Louis County Intake.

Page 7 of 13

DEF-RFP1 00000057

Date/Time Printed: 07/27/2016 14:29:05
Printed By / Reason: #burja1 / County Counselor Hughes

15-47656

PO Goelz advised PO Schlueter was notified of the above arrest.

Teletype #542 was sent by DSN 4374, canceling the wanted person teletype.

Nothing further.

DEF-RFP1 00000058

Date/Time Printed: 07/27/2016 14:29:05  
Printed By / Reason: #burja1 / County Counselor Hughes  
15-47656

# SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 15 - 47656 - SUPPLEMENT #3

### INVESTIGATIVE INFORMATION

**Supplement Information**

| | | | |
|---|---|---|---|
| Date/Time Investigation | 10/06/2015 11:29 TUESDAY | | |
| Supplement Purpose | | | |
| Orig. Offense | STEALING OVER $500 | | |
| Juris Reporting | SAINT LOUIS COUNTY | Call Received | RADIO |
| For Jurisdiction | SAINT LOUIS COUNTY | Reporting Officer | 4283 - SCHLUETER |
| | | Reporting Dept. | DELLWOOD DETAIL |

**CAD Details**

| | | | |
|---|---|---|---|
| Date/Time Received | 08/25/2015 19:33 TUESDAY | Nature | LARCENY |
| Date/Time Dispatch | | Date/Time Arrival | |
| Unit Num. | | COGIS | 1161 |
| PCT/Dist | NORTH COUNTY PRECINCT | Sector | 3 |

**Respond Location**

| | | | |
|---|---|---|---|
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |

**Caller Information**

| | | | |
|---|---|---|---|
| Caller Name | JAYLEN | | |
| Street Address | @ 38.7977130 @ 90.2282880 | | |
| Apt/Suite/Rm # | | Location Desc | |
| Area Code | | Phone # | 314-412-9728 |

**Occurrence Details**

| | | | |
|---|---|---|---|
| Date/Time From | 08/25/2015 19:00 TUESDAY | Date/Time To | |
| Premise | DRIVEWAY/CARPORT/YARD | | |
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |

**Burglary Details**

| | | | |
|---|---|---|---|
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |
| ☐ Visible Point of Entry? | | | |
| Weapon/Object Used | | | |

**Other Agency**

| | |
|---|---|
| Agency/Personnel | |

**Management**

| | | | |
|---|---|---|---|
| Date/Time Entered | 10/06/2015 11:29 TUESDAY | Entered By | 4354 - CARTHAN |

**Approval Record(s)**

| | | | |
|---|---|---|---|
| FINAL APPROVAL | 10/13/2015 08:13 TUESDAY | Approved By | 3573 - MANNING |
| SUPERVISOR REVIEW | 10/06/2015 14:19 TUESDAY | Approved By | 3427 - MORGAN III |

| INCIDENT PROPERTY TOTALS | | | |
|---|---|---|---|
| Total Stolen Value | $3,000.00 | Total Recovered Value | $.00 |

### NARRATIVE

On 10/05/2015, I was notified by St. Louis County Police Officer Goelz, DSN 2776, of the Prisoner Conveyance Unit, that Howard Liner was in custody at St. Louis County Intake to be interviewed.

I responded to St. Louis County Intake on 10/06/2015 to interview Mr. Liner in reference to St. Louis County report #15-47656.

I advised Mr. Liner of his constitutional rights per the Miranda decision and had Liner initial and sign a Warning and Waiver form at 9:45 AM.

I asked Liner if he could tell me about the events on 08/25/2015. Liner stated he owed Jaylen some money for some stereo equipment from a few weeks prior to the incident on 08/25/2015. Liner stated that Jaylen had taken some money from Liner's house and was not going to pay Jaylen back for the stereo items. Liner stated he and Jaylen had been arguing on the phone on 08/25/2015 and "were in disagreement on the money owed." Liner stated he did not file a police report of Jaylen stealing money from his residence due to Liner's step-daughter,           letting Jaylen into his residence. Liner stated that        has his alarm code to his residence and let Jaylen inside the residence to take money. Liner stated that        and Jaylen are friends.

Liner stated Jaylen had been trying to sell the 22" rims and tires on Craigslist along with other stolen items. Liner stated he was out with his girlfriend, Geniese Mundy (B/F,                  ) on the evening of 08/25/2015 and was not at Jaylen's residence.

I asked Liner if he had a BMW vehicle, silver in color, as described in my initial report. Liner stated he did own a silver BMW 325i.

It should be noted, on 08/25/2015, Jaylen stated a neighbor had observed a black male placing the four 22" rims and wheels into the back of a silver BMW. I conducted an area canvass and was unable to identify any neighbors who had witnessed a silver BMW in front of Jaylen's residence during the time of the incident. It should also be noted, a set of four 22" rims and wheels would be too large to fit in the trunk of a BMW 325i.

The Warning and Waiver form was seized by this officer, properly marked, packaged and placed in the Dellwood evidence room (log #1003) to be held as evidence.

Date/Time Printed: 07/27/2016 14:29:05
Printed By / Reason: #burja1 / County Counselor Hughes

15-47656

I will be attempting to contact Geniese Mundy for a statement in regards to Howard Liner's events on 08/25/2015.

Further information to follow in supplemental.

---

Date/Time Printed: 07/27/2016 14:29:05  
Printed By / Reason: #burja1 / County Counselor Hughes  
15-47656

# SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 15 - 47656 - SUPPLEMENT #4

### INVESTIGATIVE INFORMATION

**Supplement Information**
| | |
|---|---|
| Date/Time Investigation | 12/16/2015 22:55 WEDNESDAY |
| Supplement Purpose | INACTIVE |
| Orig. Offense | STEALING OVER $500 |
| Juris Reporting | SAINT LOUIS COUNTY |
| For Jurisdiction | SAINT LOUIS COUNTY |
| Call Received | RADIO |
| Reporting Officer | 4283 - SCHLUETER |
| Reporting Dept. | DELLWOOD DETAIL |

**CAD Details**
| | |
|---|---|
| Date/Time Received | 08/25/2015 19:33 TUESDAY |
| Date/Time Dispatch | |
| Unit Num. | |
| PCT/Dist | NORTH COUNTY PRECINCT |
| Nature | LARCENY |
| Date/Time Arrival | |
| COGIS | 1161 |
| Sector | 3 |

**Respond Location**
| | |
|---|---|
| Street Address | |
| Apt/Suite/Rm # | |
| Location Desc | |

**Caller Information**
| | |
|---|---|
| Caller Name | JAYLEN |
| Street Address | @ 38.7977130 @ 90.2282880 |
| Apt/Suite/Rm # | |
| Area Code | |
| Location Desc | |
| Phone # | 314-412-9728 |

**Occurrence Details**
| | |
|---|---|
| Date/Time From | 08/25/2015 19:00 TUESDAY |
| Premise | DRIVEWAY/CARPORT/YARD |
| Street Address | |
| Apt/Suite/Rm # | |
| Date/Time To | |
| Location Desc | |

**Burglary Details**
| | |
|---|---|
| Entry Point | |
| Entry Method | |
| ☐ Visible Point of Entry? | |
| Weapon/Object Used | |
| Exit Point | |
| Tools Used | |

**Other Agency**
| | |
|---|---|
| Agency/Personnel | |

**Management**
| | |
|---|---|
| Date/Time Entered | 12/16/2015 22:55 WEDNESDAY |
| Entered By | 3418 - SHELTON |

**Approval Record(s)**
| | | | |
|---|---|---|---|
| FINAL APPROVAL | 12/23/2015 23:55 WEDNESDAY | Approved By | 3982 - MOLL |
| SUPERVISOR REVIEW | 12/23/2015 10:26 WEDNESDAY | Approved By | 2959 - TUCKER |

Date/Time Printed: 07/27/2016 14:29:05
Printed By / Reason: #burja1 / County Counselor Hughes

15-47656

| INCIDENT PROPERTY TOTALS | | | |
|---|---|---|---|
| Total Stolen Value | $3,000.00 | Total Recovered Value | $.00 |

**NARRATIVE**

In reference to this case, it should be noted that I have made several attempts to contact the victim, which have met with negative results.

Due to lack of evidence and no investigative leads, I request that this case be reclassified to inactive.

DEF-RFP1 00000063