# Exhibit 34




# ARREST NOTIFICATION
F-41U (10/09)

COMPLAINT/INFORMATION/SUMMONS

COUNTY OF ST. LOUIS vs. **Last Name:** Furlow  **First Name:** Dwayne  **MI:** D, Defendant

| Address | City | State | Zip | Race | Sex | Height | Weight | Date of Birth |
|---|---|---|---|---|---|---|---|---|
| 10079 Prince | St. Louis | MO | 63137 | B | M | 5'11" | 185 | |

**Age:** __  **Phone No.:** (314) 319-6802  **Employer and Address:** __

Defendant committed the following offense in the unincorporated portion of St. Louis County, to wit:

| ON OR ABOUT | AT OR NEAR (LOCATION) | AT (TIME) | REPORT NUMBER | COGIS |
|---|---|---|---|---|
| 12-12-2015 | 100 S. Central | 1816 PM | 15-61723 | 2160 |

| X | VIOLATION | SLCRO | PENALTY | X | VIOLATION | SLCRO | PENALTY |
|---|---|---|---|---|---|---|---|
| | Air Pollution by Motor Vehicle | 612.040 | 612.390 | | Interfered with Police Officer | 701.110 | 701.120 |
| X | Assault Prohibited | 716.065 | 716.180 | X | Larceny Prohibited | 716.140 | 716.180 |
| | Destruction of Property | 716.040 | 716.180 | | Minor in Possession of Alcohol | 801.150 | 801.330 |
| | Destruction of County Property | 716.050 | 716.180 | | Minor in Possession of Tobacco | 602.300 | 602.370 |
| | Disturb the Peace by Barking Dog | 716.075 | 716.180 | | Possession of Drug Paraphernalia | 716.172 | 716.180 |
| | Disturb the Peace by Loud Noise | 716.073 | 716.180 | | Possession of Marijuana | 716.170 | 716.180 |
| | Disturb the Peace by Threats | 716.060 | 716.180 | | Trespassing Prohibited | 716.150 | 716.180 |
| | Disturb the Peace – Permitted | 716.070 | 716.180 | | Trespassing on County Property | 101.080 | 101.100 |

Other to wit: __

In violation of Section ____, the penalty for which may be found in Section ____.

**By reason of:** On 12-12-15 PO Cviciru and I responded to 100 S. Central in reference to Dwayne Furlow turning himself in. Furlow was accompanied by his lawyer Blake Strode. Furlow did not wish to speak with us. See report for further.

To the above named defendant: You are hereby summoned to appear personally in the Municipal Court of St. Louis County, Division ____ at the address indicated below, on 3-17-16 at 7:00 AM/PM to answer to the above violation.

[X] 21 Village Square, Hazelwood, MO (N)   [ ] 82 Clarkson-Wilson Center, Chesterfield, MO (W)   [ ] 4544 Lemay Ferry Rd., St. Louis, MO (S)

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE ABOVE COURT ON THE DATE AND TIME SPECIFIED. I UNDERSTAND THAT IF I FAIL TO APPEAR, A WARRANT MAY BE ISSUED FOR MY ARREST.

Defendant's Signature: X __

Above complaint is true as I verily believe.  **Officer:** __  **DSN:** 4352  **Reviewing Officer's Signature:** __  **DSN:** 5371

On information the undersigned prosecutor complains and informs the court that the above facts are true as he/she verily believes.

**Name & Title:** __  **Date:** __

White – Court    Canary – County Counselor    Pink – Record Room    Golden Rod – Defendant

DEF-RFP1 00000001