# Exhibit 35



>> 2/17/2016  19:46  cr0e82
atty appeared in ct, says its a neighbor dispute and the neighbor is not mentally well. says they have since moved.

DEF-RFP1 00000003