# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DWAYNE FURLOW et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: 4:16-cv-00254-JAR |
| JON BELMAR et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## MOTION TO CONTINUE AND RESCHEDULE ORAL ARGUMENT

Plaintiffs Dwayne Furlow, Howard Liner, and Ralph Torres ("Plaintiffs"), by and through their attorneys, hereby move the Court to continue and reschedule oral argument on Defendants' Motion for Summary Judgment (Doc. No. 77), Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 84), and Plaintiffs' Motion for Class Certification (Doc. No. 80), which is currently scheduled for January 19, 2018 at 10:00 am (Doc. No. 114).

Plaintiffs respectfully submit that good cause exists for this motion. Plaintiffs' counsel begins a several-week-long jury trial in the United States District Court for the District of New Jersey on January 18, 2018 and would be unable to appear before this Court on January 19th. Plaintiffs have consulted with Defendants' counsel, who does not object to this motion, and who informed Plaintiffs that he has a trial scheduled to begin February 5, 2018. Accordingly, Plaintiffs respectfully request that the Court reschedule oral argument on the three motions to any time during the week of February 26, 2018 that is convenient to the Court.

**WHEREFORE**, for the foregoing reasons, Plaintiffs respectfully request that the Court grant their motion to continue and reschedule oral argument.

Dated:  November 29, 2017

                                          Respectfully submitted,

                                          **Paul, Weiss, Rifkind, Wharton & Garrison LLP**

                                          By:  /s/ *Eric Alan Stone* _____
                                               Eric Alan Stone (pro hac vice)
                                               Timothy J. Holland (pro hac vice)
                                               Charles J. Hamilton III (pro hac vice)
                                               Elizabeth Grossman (pro hac vice)
                                               PAUL, WEISS, RIFKIND,
                                               WHARTON & GARRISON LLP
                                               1285 Avenue of the Americas
                                               New York, NY 10019
                                               Tel: 212.373.3000
                                               Fax: 212.492.0326
                                               tholland@paulweiss.com
                                               estone@paulweiss.com
                                               chamilton@paulweiss.com
                                               egrossman@paulweiss.com

        and                              Baher Azmy (pro hac vice)
                                               Darius Charney (pro hac vice)
                                               Omar Farah (pro hac vice)
                                               Angelo Guisado (pro hac vice)
                                               CENTER FOR CONSTITUTIONAL RIGHTS
                                               666 Broadway, 7th Floor
                                               New York, New York 10012
                                               Tel: 212-614-6464
                                               Fax: 212-614-6499
                                               bazmy@ccrjustice.org
                                               dcharney@ccrjustice.org
                                               ofarah@ccrjustice.org
                                               aguisado@ccrjustice.org

        and                              Thomas B. Harvey #61734MO
                                               Michael-John Voss #61742MO
                                               Blake A. Strode #68422MO
                                               Nathaniel R. Carroll #67988MO
                                               ARCHCITY DEFENDERS, INC.
                                               1210 Locust Street, 2nd Floor
                                               St. Louis, MO 63103
                                               Tel: 855-724-2489
                                               Fax: 314-925-1307

tharvey@archcitydefenders.org
mjvoss@archcitydefenders.org
bstrode@archcitydefenders.org
ncarroll@archcitydefenders.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all parties of record by this Court's PACER/ECF electronic notification system on this 29th day of November, 2017:

                /s/ *Eric Alan Stone*_____
                Eric A. Stone