IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWAYNE FURLOW et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JON BELMAR et al.,<br><br>    Defendants. | Case No.: 4:16-cv-00254-HEA |

**JOINT NOTICE OF [PROPOSED] FINAL JUDGMENT**

COME NOW Plaintiffs Dwayne Furlow, Ralph Torres, and Michael Gunn, representative of the estate of Howard Liner, and Defendants St. Louis County, Jon Belmar, Kevin Walsh, Christopher Partin, Detective Clements, and Ed Schlueter, and for their Joint Notice of Entry of a Final Judgment, state as follows:

1. Plaintiffs filed their First Amended Class Action Complaint (Doc. 14) on July 8, 2016, alleging three causes of action under 42 U.S.C. § 1983.

2. The Court's Opinion, Memorandum and Order dated October 5, 2018 (Doc. 129) dismissed the claims against Defendants Jon Belmar, Christopher Partin, Kevin Walsh, Detective Clements, and St. Louis County as to the claims brought by Plaintiffs Dwayne Furlow and Ralph Torres.

3. Plaintiffs filed their Second Amended Class Action Complaint (Doc. 130) on November 5, 2018 alleging three causes of action under 42 U.S.C. § 1983.

4. The Court's Opinion, Memorandum and Order dated March 15, 2019 (Doc. 143) dismissed Plaintiff Liner's claims against Defendant Schlueter as to Count II, and against

Defendants St. Louis County and Belmar as to Counts I and II.   The Court denied Defendant Schlueter's motion for summary judgment on Counts I and III and denied Defendants St. Louis County and Belmar's motion for summary judgment as to Count III.

5. After participating in a mediation and as reflected in Plaintiffs' and Defendants' (the "Parties") stipulation on settlement entered on the record on January 27, 2021 (Doc. 182), the Parties have agreed to a mediated settlement ("Settlement Agreement").

6. As part of this Settlement Agreement, the Parties jointly submit a proposed Final Judgment prepared by the Parties, which is attached hereto as Exhibit A. The Parties respectfully request this Court accept and enter the proposed Final Judgment attached hereto as Exhibit A.

Dated: June 22, 2021                    Respectfully submitted,

By:    /s/     Eric Alan Stone

Eric Alan Stone (admitted *pro hac vice*)
Ameya S. Ananth (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000

Darius Charney (admitted *pro hac vice*)
Angelo Guisado (admitted *pro hac vice*)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464

Blake A. Strode (MBE # 68422MO)
Maureen Hanlon (MBE # 70990MO)
Nathaniel R. Carroll (MBE # 67988MO)
ARCHCITY DEFENDERS
1210 Locust Street, 2nd Floor
St. Louis, MO 63103
Tel: (855) 724-2489

*Attorneys for Plaintiffs*

Frank James Smith, Jr. (MBE # 54163MO)
ST. LOUIS COUNTY COUNSELOR'S OFFICE
41 S. Central Avenue
Clayton, MO 63105
Tel: (314) 249-4502

*Attorney for Defendants*