# Exhibit A

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWAYNE FURLOW et al., <br><br> Plaintiffs, <br><br> v. <br><br> JON BELMAR et al., <br><br> Defendants. | Case No.: 4:16-cv-00254-HEA |

## [PROPOSED] FINAL JUDGMENT

This matter is before the Court for final disposition. The Court enters judgment as follows:

1. Pursuant to Plaintiffs' and Defendants' stipulation on settlement entered on the record on January 27, 2021 (Doc. 182), the Court dismisses with prejudice the claims of Plaintiff Michael Gunn, representative of the estate of Howard Liner, against Defendants Belmar, Edward Schlueter, and St. Louis County.

2. Pursuant to the Court's Opinion, Memorandum and Order dated October 5, 2018 (Doc. 129), the Court enters judgment in favor of Defendants Jon Belmar, Christopher Partin, Kevin Walsh, Detective Clements, and St. Louis County as to the claims brought by Plaintiffs Dwayne Furlow and Ralph Torres. The Court hereby dismisses Plaintiffs Furlow and Torres's claims with prejudice. Plaintiffs Furlow and Torres preserve their right to appeal any and all of the Court's applicable rulings in this case.

Dated: June 22, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　　/s/　　Eric Alan Stone

Eric Alan Stone (admitted *pro hac vice*)
Ameya S. Ananth (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
　GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000

Darius Charney (admitted *pro hac vice*)
Angelo Guisado (admitted *pro hac vice*)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464

Blake A. Strode (MBE # 68422MO)
Maureen Hanlon (MBE # 70990MO)
Nathaniel R. Carroll (MBE # 67988MO)
ARCHCITY DEFENDERS
1210 Locust Street, 2nd Floor
St. Louis, MO 63103
Tel: (855) 724-2489

*Attorneys for Plaintiffs*

Frank James Smith, Jr. (MBE # 54163MO)
ST. LOUIS COUNTY COUNSELOR'S OFFICE
41 S. Central Avenue
Clayton, MO 63105
Tel: (314) 249-4502

*Attorney for Defendants*

So Ordered: ____ __, 2021　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Henry Edward Autrey
　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　Eastern District of Missouri